RUSS, AUGUST & KABAT
Irene Y. Lee, State Bar No. 213625
E-mail: ilee@raklaw.com
Jean Y. Rhee, State Bar No. 234916
E-mail: jrhee@raklaw.com
Nathan D. Meyer, State Bar No. 239850
E-mail: nmeyer@raklaw.com
Twelfth Floor
12424 Wilshire Boulevard
Los Angeles, California 90025
Telephone: 310.826.7474
Facsimile: 310.826.6991

Attorneys for Plaintiffs
Thor Tech, Inc., Thor Industries, Inc., and
Thor Motor Coach, Inc.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOR TECH, INC., a Nevada corporation; THOR INDUSTRIES, INC., a Delaware corporation; and THOR MOTOR COACH, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>THOR TRUCKS, INC., a California corporation,<br><br>Defendant. | Case No. 2:18-cv-02958-CAS (MRWx)<br><br>[Assigned to Hon. Christina A. Snyder, Courtroom 8D]<br><br>**[PROPOSED] FINAL JUDGMENT AND PERMANENT INJUNCTION AGAINST THOR TRUCKS, INC.**<br><br>Original Complaint Filed:<br>April 9, 2018 |

WHEREAS, plaintiffs Thor Tech, Inc., Thor Industries, Inc., and Thor Motor Coach, Inc. (collectively, "Thor") are the exclusive and sole owners of the rights in various THOR marks covering vehicles and related services, including United States Trademark Registration Nos. 1,780,830; and 5,053,749 (collectively the "THOR Marks");

CV18-2958Judgment docx

WHEREAS, Defendant Thor Trucks, Inc. ("Defendant") has used names, marks, and logos containing the term, "THOR" (collectively, the "Infringing Marks") in connection with marketing, offering for sale, and selling, *inter alia*, vehicles and related services through, among other means, its website www.thortrucks.com and its social media handles and business network accounts bearing names containing the term "THOR";

WHEREAS, a dispute has arisen between Thor and Defendant in that Defendant's use of the Infringing Marks violates Thor's rights in the THOR Marks and constitutes, among other things, trademark infringement and unfair competition;

WHEREAS, on April 9, 2018, Thor commenced the above-captioned action ("Action") against Defendant, asserting federal and California law claims for trademark infringement and unfair competition;

WHEREAS, Defendant has admitted liability and entered into a full and final settlement of the Action with Thor, which settlement was memorialized in a certain document dated January 29, 2019 (the "Agreement"); and

WHEREAS, the Agreement provides, in pertinent part, that Defendant consents to the entry of a permanent injunction enjoining any references and uses of any trademark, service mark, trade name, corporate name, domain name, handle, business account name, email address, Internet domain name, metatag, Internet keyword, and any other form of designation or identification that consists in whole or in part of "THOR" or a variation thereof, including, without limitation, the Infringing Marks, on or in connection with vehicles, vehicle components, vehicle accessories and/or vehicle services.

NOW, THEREFORE, it is, ORDERED, ADJUDGED, and DECREED THAT:

1. This Court has jurisdiction over the subject matter of this Action and over the parties hereto.

2. Thor is the owner of the THOR Marks, which are valid and enforceable.

3. Defendant engaged in marketing, offering for sale, and/or selling products and/or services under the Infringing Marks.

4. As of April 23, 2019, Defendant and its officers, members, principals, agents, employees and all persons and entities in active concert or participation with any of them, are permanently restrained and enjoined from infringing upon Thor's THOR Marks, either directly or indirectly, in any manner, including:

 a. manufacturing, distributing, circulating, advertising, marketing, promoting, importing, exporting, displaying, shipping, offering for sale, or selling vehicles, vehicle components, vehicle accessories and/or vehicle services under or bearing any mark identical and/or confusingly similar to Thor's THOR Marks, including, without limitation, the Infringing Marks;

 b. manufacturing, distributing, circulating, advertising, marketing, promoting, importing, exporting, displaying, shipping, offering for sale, or selling vehicles, vehicle components, vehicle accessories and/or vehicle services under or bearing any mark containing the word "THOR" or any confusingly similar variation thereof;

 c. registering any of the Infringing Marks or any mark including the term THOR for use on or in connection with vehicles, vehicle components, vehicle accessories and/or vehicle services;

 d. committing any other acts calculated to cause purchasers to believe that the products or services marketed, offered for sale, or sold by Defendant are Thor's products or services or associated with Thor in any way; and

 e. assisting, aiding or attempting to assist or aid any other person or entity in performing any of the prohibited activities referred to in Paragraphs 4(a) to 4(d) above.

5. Each party shall bear its own costs, expenses, and attorneys' fees associated with this Action.

2
CV18-2958Judgment docx

[PROPOSED] FINAL JUDGMENT AND PERMANENT INJUNCTION

6. The execution of this Final Judgment shall serve to bind and obligate the parties hereto.

7. The Court shall retain exclusive and continuing jurisdiction over this case for the purpose of making any further orders necessary or proper for the construction or modification of this Final Judgment, the enforcement thereof, and the punishment of any violations thereof. Except as otherwise provided herein, this Action is fully resolved with prejudice as to Defendant.

Dated: January 30, 2019

*Christina A. Snyder*
Honorable Christina A. Snyder
United States District Judge

## CONSENTS

The undersigned parties to this Action consent to entry of this Final Judgment and Permanent Injunction.

**Thor Tech, Inc.**

By: _____

Name: Christopher Putt

Title: Assistant General Counsel of Thor Industries, Inc.

Date: January 29, 2019

**Thor Trucks, Inc.**

By: _____

Name: Dakota Semler

Title: CEO

Date: January 29, 2019

**Thor Industries, Inc.**

By: _____

Name: Christopher Putt

Title: Assistant General Counsel

Date: January 29, 2019

**Thor Motor Coach, Inc.**

By: _____

Name: Christopher Putt

Title: Assistant General Counsel of Thor Industries, Inc.

Date: January 29, 2019